## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

-vs-                                      Case No.  2:09-cv-216-FtM-29SPC

JOSEPH A. LEEMON; NATALIE J. LEEMON,

          Defendants.
_____

## ORDER

This matter comes before the Court on United States' Motion to Continue the Mediation Deadline and All Subsequent Deadlines (Doc. #38) filed on December 1, 2010.  Plaintiff moves to extend the mediation and other deadlines in this case.  For good cause shown, the Motion is due to be granted.

Accordingly, it is now

**ORDERED:**

United States' Motion to Continue the Mediation Deadline and All Subsequent Deadlines (Doc. #38) is **GRANTED**.  The deadlines in this case are amended as follows:

| | |
|---|---|
| Mediation Deadline | **February 8, 2011** |
| Meeting In Person to Prepare Joint Final Pretrial Statement | **March 7, 2011** |
| Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Forms (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | **March 14, 2011** |

| All Other Motions Including Motions *In Limine*, Trial Briefs | **March 14, 2011** |
|---|---|
| Final Pretrial Conference    Date:<br>Time:<br>Judge: | **March 21, 2011**<br>**9:00 a.m.**<br>**Hon. John E. Steele** |
| Trial Term Begins<br>(Trials Before Magistrate Judges Begin on Date Certain) | **April 4, 2011** |

All other deadlines remain unchanged.

**DONE AND ORDERED** at Fort Myers, Florida, this __3rd__ day of December, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record