**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

-vs-                  Case No.  2:09-cv-216-FtM-29SPC

JOSEPH A. LEEMON; NATALIE J. LEEMON,

       Defendants.
_____

**ORDER**

This matter comes before the Court on Defendants' Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment (Doc. #54) filed on May 25, 2011. Defendants *pro se* request additional time to respond to Plaintiff's Motion for Summary Judgment. As grounds, Defendants state that Defendant Joseph A. Lemmon has had open heart surgery and resulting complications that have interfered with Defendants' ability to respond.  The Court notes that it previously granted Defendants a 120-day extension of the deadline to respond to Plaintiff's Motion for Summary Judgment, extending the deadline to May 27, 2011.  (Doc. #53).  Also in that Order, the District Court set the pretrial filing deadlines, with trial set for August 1, 2011.

The Court will allow Defendants an extension of time, but only a two-week extension given that the pretrial filing and trial dates are fast approaching.

Accordingly, it is now

**ORDERED:**

Defendants' Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment (Doc. #54) is **GRANTED**.  Defendants shall have up to and including **June 15, 2011** to

respond to Plaintiff's Motion for Summary Judgment. Failure to respond could result in the Court considering Plaintiff's Motion without the benefit of Defendants' response.

**DONE AND ORDERED** at Fort Myers, Florida, this __1st__ day of June, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record